In the Matter of the Supplementary Proceedings of C. E. HERTLEIN, INC., Respondent, v. GEORGE SHAPLAND and Another, Defendants, Impleaded with MOSES C. ABUZA, Appellant.— Order affirmed, with ten dollars costs and disburse-

ments. Motion for stay denied. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.